

FILED
AUG 3 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   KATHLEEN A. SERVATIUS
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

6
7
8
9           IN THE UNITED STATES DISTRICT COURT FOR THE
10                 EASTERN DISTRICT OF CALIFORNIA
11
12
13 UNITED STATES OF AMERICA,      ) CASE NO. 1:10-CR-346 LJO
                                  )
14           Plaintiff,            )
                                  ) MOTION TO UNSEAL INDICTMENT; AND
15      v.                        ) ORDER
                                  )
16 MARTIN MARTINEZ, et al.,       )
                                  )
17           Defendants.          )
                                  )
18 _____  )

19

20      The Indictment in this case, having been sealed by Order of
21 this Court, and it appears that it no longer need remain secret.
22      The United States of America, by and through Benjamin B.
23 Wagner, United States Attorney, and Kimberly A. Sanchez, Assistant
24 United States Attorney, hereby moves that the Indictment in this
25 case be unsealed and made public record.
26 Dated: September 1, 2010
                                   _____
27                                 KIMBERLY A. SANCHEZ
                                   Assistant U. S. Attorney
28

1

IT IS SO ORDERED.

DATED: September 1, 2010  /s/ Sandra M. Snyder
SANDRA M. SNYDER
United States Magistrate Judge